# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **ANGELA LYNN MARTIN, on Behalf of Herself and All Others Similarly Situated,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) ) Case no. 4:17 CV 2948 RWS ) |
| **SCOTTRADE, INC.,** | ) ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Memorandum and Order entered in this case this date,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant Scottrade's motion to dismiss is **GRANTED** and that Plaintiff Angela Lynn Martin's claims on behalf of herself and all others similarly situated are **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of April, 2018.